ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant*
*Bank of America Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WANKOWSKI and SUSETTE WANKOWSKI, as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR BEAN & WHITAKER MORTGAGE CORP., a foreign corporation; BANK OF AMERICA CORPORATION, a foreign corporation; JOHN DOES I through V; and DOE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00538-JCM-PAL<br><br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Defendant Bank of America Corporation's Motion to Dismiss, and dismissing this case as to Defendant Bank of America Corporation with prejudice on December 13, 2010 [Dkt. 23].

Defendants request that the lis pendens currently recorded against the subject property by Plaintiffs Robert and Susette Wankoski ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about February 17, 2010, as Instrument No. 201002170004203 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit**

1  **A** and fully incorporated by reference.

2  UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good
3  cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as
4  follows:

5  1.  IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby
6  cancelled, released, and expunged.

7  2.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling
8  the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

9  3.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant records a
10 properly certified copy of this cancellation order in the real property records of Clark County,
11 Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 18, 2011

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants*
*Bank of America Corporation*

{LV015630;1}                2

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

```
Inst #: 201002170004203
Fees: $15.00
N/C Fee: $25.00
02/17/2010 02:59:23 PM
Receipt #: 236626
Requestor:
RANDOLF LAWFIRM
Recorded By: LEX   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
```

ORIGINAL

1  APN   161-03-511-019

2  When Recorded Return to:

3  **TAYLOR L. RANDOLPH, ESQ.**
   **RANDOLPH LAW FIRM, PC**
4  Nevada Bar No. 10194
   1835 Village Center Circle
5  Las Vegas, NV 89134
   Tel: 702-556-2034
6  Fax: 702-382-8891
   *Attorney for Plaintiff*

Electronically Filed
03/31/2010 10:56:17 AM

*[signature]*
CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

ROBERT WANKOWSKI and SUSETTE WANKOWSKI, as husband and wife,

Plaintiffs,

vs.

TAYLOR BEAN & WHITAKER MORTGAGE CORP., a Foreign Corporation; BANK OF AMERICA CORPORATION, a Foreign Corporation; JOHN DOES I-V; and DOE CORPORATIONS I through X inclusive,

Defendants.

CASE NO.  A-10-610228-C
DEPT. NO.

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiffs against the above-named Defendants, seeking that the title to certain real properties belonging to certain Defendants be foreclosed and/or transferred to Plaintiffs.

///
///
///
///
///
///

RANDOLPH LAW FIRM, PC
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 556-2034 - Fax 382-8891

1

Notice_Lis Pendens.wpd

The real properties in the County of Clark affected thereby are particularly described as follows:

1419 Rose Garden Lane
Las Vegas, NV 89142
APN: 161-03-511-019

DATED this 10th day of February, 2010.

RANDOLPH LAW FIRM, PC

By_____
TAYLOR L. RANDOLPH, ESQ.
Nevada Bar No. 10194
1835 Village Center Circle
Las Vegas, NV 89134
Tel: 702-556-2034
Fax: 702-382-8891
Attorney for Plaintiff