UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WANKOWSKI and SUSETTE WANKOWSKI,<br><br>            Plaintiffs,<br><br>v.<br><br>TAYLOR BEAN & WHITAKER MORTGAGE CORP., et al.,<br><br>            Defendants. | 2:10-CV-538 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Wankowski, et. al. v. Taylor Bean & Whitaker Mortgage Corporation, et. al.* (Case Number 2:10-cv-00538-JCM-PAL).

On December 1, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiffs that if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #26). To date, plaintiffs have not taken any further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Wankowski, et. al. v. Taylor Bean & Whitaker Mortgage Corporation, et. al.* (case number 2:10-cv-00538-JCM-PAL) be, and the same hereby is, DISMISSED.

DATED January 5, 2012.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**